UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
KINSALE INSURANCE COMPANY,                  :
:
                    Plaintiff,          :
:           21-CV-9328 (VSB)
          -against-                      :
:              **ORDER**
BAILEYS ENGINEERING P.C.,                  :
:
                    Defendant.     :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       Plaintiff filed this action on November 11, 2021.  (Doc. 1).  On December 1, 2021, an attorney representing Defendant filed a motion to appear pro hac vice, (Doc. 8), and on December 3, 2021, I granted this motion.  (Doc. 9).  On January 7, 2022, Plaintiff filed an affidavit of service indicating that Defendant was served process on November 17, 2021, which rendered Defendant's response to Plaintiff's complaint due on December 12, 2021.  (Doc. 10.)  Defendant has yet to respond to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 28, 2022.  If Plaintiff fails to do so or otherwise demonstrates that he does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 10, 2022
             New York, New York

                                                                 VERNON S. BRODERICK
                                                                  United States District Judge